1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd. 4th Floor
   Los Angeles, CA  90025
3  T: (323) 988-2400 x 241; F: (866) 583-3695
   rlee@consumerlawcenter.com
4  Attorney for Plaintiff,
   RODGER SMITH
5

6              **IN THE UNITED STATES DISTRICT COURT,**
                      **DISTRICT OF ARIZONA**
7

8  RODGER SMITH,                    )  **Case No.: 3:09-CV-08223-MHM**
                                    )
9          Plaintiff,               )  **NOTICE OF SETTLEMENT**
                                    )
10        vs.                       )
                                    )
11 STEPHENS & MICHAELS              )
   ASSOCIATES, INC.,                )
12                                  )
                                    )
13        Defendant.                )
   _____

14

15        NOW COMES the Plaintiff, RODGER SMITH, by and through the undersigned counsel

16 and hereby informs the court that a settlement of the present matter has been reached and is in

17 the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next

18 40 days.

19        Plaintiff therefore requests that this honorable court vacate all dates currently set on

20 calendar for the present matter.

21                          Respectfully Submitted,

22

23

24

25

                              - 1 -

                      Notice of Settlement

1   DATED: February 5th, 2010          KROHN & MOSS, LTD.

2

3                                  By: /s/ Ryan Lee                           _

4                                        Ryan Lee
                                         Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Settlement