Ryan Lee (SBN024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; x241 F: (866) 583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff, ROGER SMITH

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ROGER SMITH, ) | Case No.: 3:09-CV-08223-MHM |
| Plaintiff, ) | |
| v. ) | **VOLUNATARY DISMISSAL** |
| STEPHENS & MICHAELS ASSOCIATES, ) | |
| INC., ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ROGER SMITH, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 16, 2010                                    KROHN & MOSS, LTD.

                                                                            By:/s/ Ryan Lee.
                                                                            Ryan Lee
                                                                            Attorneys for Plaintiff
                                                                            ROGER SMITH